| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-12380 / CMG**

Mark Edward Danyo

Petition Filed Date: 02/05/2019
341 Hearing Date: 03/14/2019
Confirmation Date: 07/03/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/06/2019 | $570.00 | 56653890 | 04/09/2019 | $570.00 | 57708210 | 05/09/2019 | $570.00 | 58491670 |
| 06/06/2019 | $570.00 | 59207420 | 07/01/2019 | $570.00 | 59838850 | 08/08/2019 | $1,283.00 | 60791640 |
| 09/11/2019 | $1,283.00 | 61673090 | 10/15/2019 | $1,283.00 | 62458310 | 11/21/2019 | $1,283.00 | 63444270 |
| 12/09/2019 | $1,283.00 | 63894510 | | | | | | |

**Total Receipts for the Period:  $9,265.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $10,557.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Mark Edward Danyo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  4/16/19 AMD DISCLOSURE | Attorney Fees | $3,160.00 | $3,160.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2018 | Priority Crediors | $677.00 | $0.00 | $677.00 |
| 2 | TD Bank, NA | Unsecured Creditors | $7,147.19 | $0.00 | $7,147.19 |
| 3 | TD BANK, N.A. | Unsecured Creditors | $5,371.48 | $0.00 | $5,371.48 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»»  2015 TOYOTA TACOMA/CRAM ORDER 5/14/19 | Debt Secured by Vehicle | $17,609.53 | $3,559.37 | $14,050.16 |
| 5 | QUICKEN LOANS INC<br>»»  P/309 WAYNE AVE/1ST MTG | Mortgage Arrears | $7,022.19 | $1,419.37 | $5,602.82 |
| 6 | TOYOTA LEASE TRUST<br>»»  2018 TOYOTA CAMRY/LEASE ASSUMED (PLAN) | Debt Secured by Vehicle | $1,009.93 | $204.12 | $805.81 |
| 7 | CHASE BANK USA, N.A. | Unsecured Creditors | $4,720.42 | $0.00 | $4,720.42 |
| 8 | SYNCHRONY BANK<br>»»  PAYPAL | Unsecured Creditors | $6,296.93 | $0.00 | $6,296.93 |
| 9 | Verizon by American InfoSource as Agent | Unsecured Creditors | $327.55 | $0.00 | $327.55 |
| 10 | Verizon by American InfoSource as Agent | Unsecured Creditors | $120.73 | $0.00 | $120.73 |
| 11 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $6,003.80 | $0.00 | $6,003.80 |
| 12 | CREDIT FIRST NA<br>»»  FIRESTONE | Unsecured Creditors | $1,863.71 | $0.00 | $1,863.71 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS | Unsecured Creditors | $3,848.38 | $0.00 | $3,848.38 |

**Chapter 13 Case No. 19-12380 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/THD | Unsecured Creditors | $2,510.35 | $0.00 | $2,510.35 |
| 15 | CITIBANK, N.A. | Unsecured Creditors | $1,965.35 | $0.00 | $1,965.35 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 12/18/19 | Attorney Fees | $416.25 | $416.25 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,557.00 | Plan Balance: | $64,034.00 ** |
| Paid to Claims: | $8,759.11 | Current Monthly Payment: | $1,292.00 |
| Paid to Trustee: | $598.90 | Arrearages: | $2,005.00 |
| Funds on Hand: | $1,198.99 | Total Plan Base: | $74,591.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.