Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.:  19−12380−CMG
                              Chapter:  13
                              Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark Edward Danyo
   309 Wayne Avenue
   Pine Beach, NJ 08741

Social Security No.:
   xxx−xx−7868

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on July 12, 2019.

   On 07/29/2020 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                    September 2, 2020
Time:                   10:00 AM
Location:            Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 30, 2020
JAN: mjb

                                                                                          Jeanne Naughton
                                                                                         Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 19-12380-CMG
Mark Edward Danyo                                               Chapter 13
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2          Date Rcvd: Jul 30, 2020
                              Form ID: 185               Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2020.
db             +Mark Edward Danyo,    309 Wayne Avenue,    Pine Beach, NJ 08741-1548
518010813     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
518010812      +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518010815      +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
518010814      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
518133147      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
518186758      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
518010819      +Citibank/Sunoco,    Po Box 6497,    Sioux Falls, SD 57117-6497
518010818      +Citibank/Sunoco,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
518010821      +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
518010820      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
518010823      +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
518010822      +Citicards Cbna,    Citi Bank,    Po Box 6077,    Sioux Falls, SD 57117-6077
518179964       Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
518010825      +Credit First National Association,    6275 Eastland Rd,    Brookpark, OH 44142-1399
518010824      +Credit First National Association,    Attn: Bankruptcy,    Po Box 81315,
                 Cleveland, OH 44181-0315
518010826      +GC Servcies Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1108
518010829      +Quicken Loans,    662 Woodward Avenue,    Detroit, MI 48226-3433
518030834      +Richard J. Tracy, III., Esq.,    30 Montgomery Street, Suite 1205,    Jersey City, NJ 07302-3835
518010831      +State of New Jersey,    Division of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
518028807      +TD Bank, N.A.,    Payment Processing, PO Box 16029,    Lewiston, ME 04243-9507
518010836     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,     Attn: Bankruptcy,    Po Box 8026,
                 Cedar Rapids, IA 52409)
518010837       Toyota Financial Services,    111 W 22nd St,    Oakbrook, IL 60521
518076361      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
518067413      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518010838      +Toyota Motor Leasing,    PO Box 105386,    Atlanta, GA 30348-5386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 30 2020 23:50:18      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 30 2020 23:50:17      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518010827       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 30 2020 23:49:48      Internal Service Revenue,
                 PO Box 7346,    Philadelphia, PA 19101-7346
518010817       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 30 2020 23:57:26      Chase Card Services,
                 P.o. Box 15298,    Wilmington, DE 19850
518010816       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 30 2020 23:57:57      Chase Card Services,
                 Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850
518173757       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 30 2020 23:57:06      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518184357       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2020 23:56:58
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
518184416       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2020 23:58:05
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                 Norfolk VA 23541
518010828       E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2020 23:57:20      PayPal Credit,   PO Box 105658,
                 Atlanta, GA 30348-5658
518010830      +E-mail/Text: bankruptcyteam@quickenloans.com Jul 30 2020 23:50:27      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
518068305      +E-mail/Text: bankruptcyteam@quickenloans.com Jul 30 2020 23:50:27      Quicken Loans Inc.,
                 635 Woodward Avenue,,    Detroit, MI 48226-3408
518157166      +E-mail/Text: bncmail@w-legal.com Jul 30 2020 23:50:21      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
518010832       E-mail/Text: bankruptcy@td.com Jul 30 2020 23:50:19      TD Bank,   Attn: Bankruptcy,
                 1701 Rt 70 E,    Cherry Hill, NJ 08034
518010833       E-mail/Text: bankruptcy@td.com Jul 30 2020 23:50:19      TD Bank,   Po Box 219,
                 Lewiston, ME 04243
518010834       E-mail/Text: bankruptcy@td.com Jul 30 2020 23:50:19      TD Bank, N.A.,   32 Chestnut Street,
                 Po Box 1377,    Lewiston, ME 04243
518010835       E-mail/Text: bankruptcy@td.com Jul 30 2020 23:50:19      TD Bank, N.A.,   70 Gray Rd,
                 Portland, ME 04105
518166762      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 30 2020 23:58:11      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 17
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 30, 2020
                              Form ID: 185             Total Noticed: 43

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2020 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Steven P. Kelly    on behalf of Creditor   QUICKEN LOANS INC. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Mark Edward Danyo courtdocs@oliverandlegg.com,
               R59915@notify.bestcase.com
                                                                                         TOTAL: 6
```