Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.:  19−12380−CMG
                      Chapter:  13
                      Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark Edward Danyo
   309 Wayne Avenue
   Pine Beach, NJ 08741

Social Security No.:
   xxx−xx−7868

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on July 12, 2019.

    On January 15, 2021 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                 February 17, 2021
Time:               10:00 AM
Location:          Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 15, 2021
JAN: mrg

                                                                           Jeanne Naughton
                                                                           Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 19-12380-CMG

Mark Edward Danyo                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                        Page 1 of 3
Date Rcvd: Jan 15, 2021                Form ID: 185                      Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Edward Danyo, 309 Wayne Avenue, Pine Beach, NJ 08741-1548 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518010813 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 518010812 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518010815 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 518010814 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518133147 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518186758 | + | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 518010819 | + | Citibank/Sunoco, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518010818 | + | Citibank/Sunoco, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518010821 | + | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518010820 | + | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518010823 | + | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518010822 | + | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 518179964 | | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 518010825 | + | Credit First National Association, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 518010824 | + | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 518010829 | + | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 518030834 | + | Richard J. Tracy, III., Esq., 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 518010831 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 518028807 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 518010836 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 518010837 | | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 518076361 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518067413 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518010838 | + | Toyota Motor Leasing, PO Box 105386, Atlanta, GA 30348-5386 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 15 2021 21:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 15 2021 21:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518010826 | + | Email/Text: GCSBankruptcy@gcserv.com | Jan 15 2021 21:39:00 | GC Servcies Limited Partnership, 6330 Gulfton, Houston, TX 77081-1108 |
| 518010827 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 15 2021 21:40:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518010816 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 15 2021 22:34:42 | Chase Card Services, Correspondence Dept, Po |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| | | | Box 15298, Wilmington, DE 19850 |
| 518010817 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 15 2021 22:34:42 | Chase Card Services, P.o. Box 15298, Wilmington, DE 19850 |
| 518173757 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 15 2021 22:34:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518184357 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 15 2021 22:34:48 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518184416 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 15 2021 22:35:39 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 518010828 | Email/PDF: gecsedi@recoverycorp.com | Jan 15 2021 22:34:39 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 518010830 | + Email/Text: bankruptcyteam@quickenloans.com | Jan 15 2021 21:42:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 518068305 | + Email/Text: bankruptcyteam@quickenloans.com | Jan 15 2021 21:42:00 | Quicken Loans Inc., 635 Woodward Avenue,, Detroit, MI 48226-3408 |
| 518157166 | + Email/Text: bncmail@w-legal.com | Jan 15 2021 21:42:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518010832 | Email/Text: bankruptcy@td.com | Jan 15 2021 21:41:00 | TD Bank, Attn: Bankruptcy, 1701 Rt 70 E, Cherry Hill, NJ 08034 |
| 518010833 | Email/Text: bankruptcy@td.com | Jan 15 2021 21:41:00 | TD Bank, Po Box 219, Lewiston, ME 04243 |
| 518010834 | Email/Text: bankruptcy@td.com | Jan 15 2021 21:41:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 518010835 | Email/Text: bankruptcy@td.com | Jan 15 2021 21:41:00 | TD Bank, N.A., 70 Gray Rd, Portland, ME 04105 |
| 518166762 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 15 2021 22:34:56 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 15, 2021 | Form ID: 185 | Total Noticed: 44 |

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Steven P. Kelly | on behalf of Creditor QUICKEN LOANS INC. skelly@sterneisenberg.com  bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Mark Edward Danyo courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |

TOTAL: 7