| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-12380 / CMG**

Mark Edward Danyo

Petition Filed Date: 02/05/2019
341 Hearing Date: 03/14/2019
Confirmation Date: 07/03/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2020 | $1,292.00 | 64980090 | 02/14/2020 | $1,292.00 | 65603000 | 03/09/2020 | $1,292.00 | 66262910 |
| 04/06/2020 | $1,292.00 | 66891300 | 06/08/2020 | $1,292.00 | 68509450 | 07/09/2020 | $1,292.00 | 69298360 |
| 08/10/2020 | $600.00 | 70018590 | 08/31/2020 | $600.00 | 70466010 | 09/24/2020 | $1,292.00 | 71042370 |
| 10/02/2020 | $1,292.00 | 71272420 | 10/13/2020 | $810.00 | 71488910 | 12/11/2020 | $700.00 | 72977710 |
| 12/28/2020 | $1,800.00 | 73266760 | 02/03/2021 | $1,292.00 | 74256300 | | | |

**Total Receipts for the Period: $16,138.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $25,403.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Mark Edward Danyo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» 4/16/19 AMD DISCLOSURE | Attorney Fees | $3,160.00 | $3,160.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2018 | Priority Creditors | $677.00 | $0.00 | $677.00 |
| 2 | TD Bank, NA | Unsecured Creditors | $7,147.19 | $0.00 | $7,147.19 |
| 3 | TD BANK, N.A. | Unsecured Creditors | $5,371.48 | $0.00 | $5,371.48 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»» 2015 TOYOTA TACOMA/CRAM ORDER 5/14/19 | Debt Secured by Vehicle | $17,609.53 | $12,933.18 | $4,676.35 |
| 5 | QUICKEN LOANS INC<br>»» P/309 WAYNE AVE/1ST MTG | Mortgage Arrears | $7,022.19 | $5,157.38 | $1,864.81 |
| 6 | TOYOTA LEASE TRUST<br>»» 2018 TOYOTA CAMRY/SV 12/3/20 | Debt Secured by Vehicle<br>No Disbursements: Lease Rejected | $649.27 | $649.27 | $0.00 |
| 7 | CHASE BANK USA, N.A. | Unsecured Creditors | $4,720.42 | $0.00 | $4,720.42 |
| 8 | SYNCHRONY BANK<br>»» PAYPAL | Unsecured Creditors | $6,296.93 | $0.00 | $6,296.93 |
| 9 | Verizon by American InfoSource as Agent | Unsecured Creditors | $327.55 | $0.00 | $327.55 |
| 10 | Verizon by American InfoSource as Agent | Unsecured Creditors | $120.73 | $0.00 | $120.73 |
| 11 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $6,003.80 | $0.00 | $6,003.80 |
| 12 | CREDIT FIRST NA<br>»» FIRESTONE | Unsecured Creditors | $1,863.71 | $0.00 | $1,863.71 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $3,848.38 | $0.00 | $3,848.38 |

**Chapter 13 Case No. 19-12380 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/THD | Unsecured Creditors | $2,510.35 | $0.00 | $2,510.35 |
| 15 | CITIBANK, N.A. | Unsecured Creditors | $1,965.35 | $0.00 | $1,965.35 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 12/18/19 | Attorney Fees | $416.25 | $416.25 | $0.00 |
| 16 | TOYOTA LEASE TRUST<br>»» 2018 TOYOTA CAMRY/DEF BAL | Unsecured Creditors | $6,742.08 | $0.00 | $6,742.08 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,403.00 | Plan Balance: | $49,212.00 ** |
| Paid to Claims: | $22,316.08 | Current Monthly Payment: | $1,292.00 |
| Paid to Trustee: | $1,781.27 | Arrearages: | $0.00 |
| Funds on Hand: | $1,305.65 | Total Plan Base: | $74,615.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**

**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.