UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

OLIVER & LEGG, LLC
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

**Order Filed on March 9, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

  MARK EDWARD DANYO,

                        Debtor

| | |
|---|---|
| Case No.: | 19-12380 |
| Chapter: | 13 |
| Hearing Date: | n/a |
| Judge: | Christine M. Gravelle |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____2_____ is
hereby **ORDERED**.

**DATED: March 9, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _____583.75_____ for services rendered and expenses in the amount of $_____n/a_____ for a total of $_____583.75_____ . The allowance shall be payable:

☑ through the Chapter 13 plan as an administrative priority.

❑ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1,386_____ per month for ____35____ months to allow for payment of the aforesaid fee.