Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−12380−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark Edward Danyo
   309 Wayne Avenue
   Pine Beach, NJ 08741

Social Security No.:
   xxx−xx−7868

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/17/21 at 09:00 AM

to consider and act upon the following:

**54** − Creditor's Certification of Default (related document:27 Order on Motion For Relief From Stay) filed by Steven P. Kelly on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.. Objection deadline is 11/8/2021. (Attachments: # 1 Exhibit # 2 Certification of Creditor Regarding Post Petition Payment History # 3 Proposed Order # 4 Certificate of Service) (Kelly, Steven)

Dated: 11/9/21

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court