UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Steven Kelly, ESQ.
COUNSEL FOR MOVANT
skelly@sterneisenberg.com
Stern & Eisenberg, PC
1040 N. Kings Highway
Suite 407
Cherry Hill, NJ 08034
Telephone: (609) 397-9200
Facsimile: (856) 667-1456

In Re:
Mark Edward Danyo

    Debtor(s)

Case Number: 19-12380-CMG

Chapter: 13

Hearing Date: November 17, 2021 at 09:00 a.m.

Judge: Christine M Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

[ ] Settled      [ x ] Withdrawn

Matter: Creditor's Certification of Default filed by Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. (Docket Entry No. 54) as Debtor has obtained a Trial Loan Modification.

| Date: November 16, 2021 | /s/Steven Kelly, Esq.<br>Steven Kelly, Esq. |
|---|---|