| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 19-12380 / CMG

Mark Edward Danyo

Petition Filed Date: 02/05/2019
341 Hearing Date: 03/14/2019
Confirmation Date: 07/03/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/03/2021 | $1,292.00 | 74256300 | 03/05/2021 | $2,000.00 | 75030880 | 03/12/2021 | $663.00 | 75177340 |
| 04/26/2021 | $1,000.00 | 76232940 | 05/06/2021 | $386.00 | 76551140 | 06/04/2021 | $600.00 | 77173280 |
| 07/06/2021 | $650.00 | 77794010 | 08/12/2021 | $1,386.00 | 78733110 | 09/17/2021 | $1,386.00 | 79506040 |
| 10/25/2021 | $650.00 | 80354870 | 11/29/2021 | $1,386.00 | 81093430 | 01/13/2022 | $1,386.00 | 82087770 |

**Total Receipts for the Period: $12,785.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $36,896.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Mark Edward Danyo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» 4/16/19 AMD DISCLOSURE | Attorney Fees | $3,160.00 | $3,160.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2018 | Priority Crediors | $677.00 | $677.00 | $0.00 |
| 2 | TD Bank, NA | Unsecured Creditors | $7,147.19 | $435.41 | $6,711.78 |
| 3 | TD BANK, N.A. | Unsecured Creditors | $5,371.48 | $327.26 | $5,044.22 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»» 2015 TOYOTA TACOMA/CRAM ORDER 5/14/19 | Debt Secured by Vehicle | $17,609.53 | $17,609.53 | $0.00 |
| 5 | QUICKEN LOANS INC<br>»» P/309 WAYNE AVE/1ST MTG | Mortgage Arrears | $7,022.19 | $7,022.19 | $0.00 |
| 6 | TOYOTA LEASE TRUST<br>»» 2018 TOYOTA CAMRY/SV 12/3/20 | Debt Secured by Vehicle<br>No Disbursements: Lease Rejected | $649.27 | $649.27 | $0.00 |
| 7 | CHASE BANK USA, N.A. | Unsecured Creditors | $4,720.42 | $287.57 | $4,432.85 |
| 8 | SYNCHRONY BANK<br>»» PAYPAL | Unsecured Creditors | $6,296.93 | $383.65 | $5,913.28 |
| 9 | Verizon by American InfoSource as Agent | Unsecured Creditors | $327.55 | $19.95 | $307.60 |
| 10 | Verizon by American InfoSource as Agent | Unsecured Creditors | $120.73 | $0.00 | $120.73 |
| 11 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $6,003.80 | $365.78 | $5,638.02 |
| 12 | CREDIT FIRST NA<br>»» FIRESTONE | Unsecured Creditors | $1,863.71 | $113.54 | $1,750.17 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $3,848.38 | $234.46 | $3,613.92 |

**Chapter 13 Case No. 19-12380 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/THD | Unsecured Creditors | $2,510.35 | $152.95 | $2,357.40 |
| 15 | CITIBANK, N.A. | Unsecured Creditors | $1,965.35 | $119.73 | $1,845.62 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 12/18/19 | Attorney Fees | $416.25 | $416.25 | $0.00 |
| 16 | TOYOTA LEASE TRUST<br>»»  2018 TOYOTA CAMRY/DEF BAL | Unsecured Creditors | $6,742.08 | $410.76 | $6,331.32 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 3/9/21 | Attorney Fees | $583.75 | $583.75 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 1/25/22 | Attorney Fees | $243.50 | $0.00 | $243.50 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $36,896.00 | Plan Balance: | $38,639.00 ** |
| Paid to Claims: | $32,969.05 | Current Monthly Payment: | $1,397.00 |
| Paid to Trustee: | $2,650.01 | Arrearages: | $5,131.00 |
| Funds on Hand: | $1,276.94 | Total Plan Base: | $75,535.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.russotrustee.com/epay for more  information.

**View your case information online for** *FREE***!**  Register today at **www.ndc.org** or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.