| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>William H. Oliver, Jr., Esq.<br>OLIVER & LEGG<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>courtdocs@oliverandlegg.com | |
| In Re:<br><br>Mark E. Danyo,<br><br>　　　　　　　　　Debtor | Case No.: 19-12380<br><br>Adv. No:<br><br>Hearing Date: n/a<br><br>Chapter: 13<br><br>Oral Argument Requested if Objection Filed<br><br>Judge: CMG |

## CERTIFICATION IN SUPPORT OF NOTICE OF MOTION APPROVING AND AUTHORIZING FINAL LOAN MODIFICATION

**Mark E. Danyo**, hereby certifies as follows:

1. I am the debtor in the above matter and make this Certification in support of a Motion seeking an Order from the Bankruptcy Court approving and authorizing the final loan modification on my first mortgage to Rocket Mortgage of the real property located at **309 Wayne Avenue, Pine Beach, NJ 08741.**

2. I have received an offer from Rocket Mortgage, which I am accepting. Attached hereto as **"Exhibit A"** is a copy of the Final Loan Modification Agreement prepared by Rocket Mortgage.

3. The mortgage company advised us that we must have the Court approve the final loan modification.

4.   I understand that the Court is not approving the reaffirmation of this debt, but of this loan modification.

5.   I am therefore requesting the Court to sign an Order approving and authorizing the final loan modification.

We hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment by the Court.

Dated: 5|23|22

/s/ Mark E. Danyo
Mark E. Danyo