| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
### Chapter 13 Case No. 19-12380 / CMG

Mark Edward Danyo

Petition Filed Date: 02/05/2019
341 Hearing Date: 03/14/2019
Confirmation Date: 07/03/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2022 | $1,386.00 | 82087770 | 02/14/2022 | $1,397.00 | 82745220 | 03/14/2022 | $1,397.00 | 83396000 |
| 04/27/2022 | $700.00 | 84261520 | 05/09/2022 | $700.00 | 84515140 | 05/25/2022 | $1,397.00 | 84851280 |
| 06/27/2022 | $600.00 | 85477500 | 07/27/2022 | $2,000.00 | 86096490 | 08/03/2022 | $2,000.00 | 86270040 |
| 09/09/2022 | $1,581.00 | 86942690 | 10/11/2022 | $1,608.00 | 87599970 | 11/22/2022 | $1,608.00 | 88392000 |
| 12/27/2022 | $2,000.00 | 89014530 | 01/10/2023 | $2,000.00 | 89305870 | 02/24/2023 | $1,608.00 | 90145060 |

**Total Receipts for the Period: $21,982.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $57,492.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Mark Edward Danyo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» 4/16/19 AMD DISCLOSURE | Attorney Fees | $3,160.00 | $3,160.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2018 | Priority Creditors | $677.00 | $677.00 | $0.00 |
| 2 | TD Bank, NA | Unsecured Creditors | $7,147.19 | $3,193.54 | $3,953.65 |
| 3 | TD BANK, N.A. | Unsecured Creditors | $5,371.48 | $2,400.11 | $2,971.37 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»» 2015 TOYOTA TACOMA/CRAM ORDER 5/14/19 | Debt Secured by Vehicle | $17,609.53 | $17,609.53 | $0.00 |
| 5 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/309 WAYNE AVE/1ST MTG | Mortgage Arrears | $7,022.19 | $7,022.19 | $0.00 |
| 6 | TOYOTA LEASE TRUST<br>»» 2018 TOYOTA CAMRY/SV 12/3/20 | Debt Secured by Vehicle<br>No Disbursements: Lease Rejected | $649.27 | $649.27 | $0.00 |
| 7 | CHASE BANK USA, N.A. | Unsecured Creditors | $4,720.42 | $2,109.20 | $2,611.22 |
| 8 | SYNCHRONY BANK<br>»» PAYPAL | Unsecured Creditors | $6,296.93 | $2,813.62 | $3,483.31 |
| 9 | Verizon by American InfoSource as Agent | Unsecured Creditors | $327.55 | $146.36 | $181.19 |
| 10 | Verizon by American InfoSource as Agent | Unsecured Creditors | $120.73 | $49.18 | $71.55 |
| 11 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $6,003.80 | $2,682.65 | $3,321.15 |
| 12 | CREDIT FIRST NA<br>»» FIRESTONE | Unsecured Creditors | $1,863.71 | $832.75 | $1,030.96 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $3,848.38 | $1,719.55 | $2,128.83 |

**Chapter 13 Case No. 19-12380 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/THD | Unsecured Creditors | $2,510.35 | $1,121.69 | $1,388.66 |
| 15 | CITIBANK, N.A. | Unsecured Creditors | $1,965.35 | $878.16 | $1,087.19 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 12/18/19 | Attorney Fees | $416.25 | $416.25 | $0.00 |
| 16 | TOYOTA LEASE TRUST<br>»»  2018 TOYOTA CAMRY/DEF BAL | Unsecured Creditors | $6,742.08 | $3,012.52 | $3,729.56 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 3/9/21 | Attorney Fees | $583.75 | $583.75 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 1/25/22 | Attorney Fees | $243.50 | $243.50 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 9/22/22 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»»  SUB OF ATTY 9/30/22 | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $57,492.00 | Plan Balance: | $18,487.00 ** |
| Paid to Claims: | $51,720.82 | Current Monthly Payment: | $1,608.00 |
| Paid to Trustee: | $4,274.20 | Arrearages: | $824.00 |
| Funds on Hand: | $1,496.98 | Total Plan Base: | $75,979.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.